30 F.3d 1488
 Smilek (Paul M.), Cornell (John S.)
v.
Colt Industries, Inc., Crucible Inc., Colt Industries
Operating Corp., Crucible Severance Plan for Non-Union
Salaried Employees, Colt Industries Operating Corporation
Severance Plan for Non-Union Salaried Employees; Beatty
(William G.), Patten (Jay J.), Goempel (John R.), Davelli
(Joseph), Seman (Joseph G.), Gray (Frank F.), Dequittner
(Anthony T.), Vlah (Robert R.), Frazier (David L.), Shaulis
(James), Berneburg (Clarence A.) v.
 NOS. 93-3559, 93-3575
 United States Court of Appeals,
Third Circuit.
 June 13, 1994
 
 Appeal From: W.D.Pa.,
 Mencer, J.
 
 
 1
 AFFIRMED.